[No. 64806-3-I.   Division One.   January 31, 2011.]

ZECO DEVELOPMENT GROUP, INC., *Appellant*, v. AMERICAN TRADITION REAL ESTATE, INC., *Respondent*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.

[Nos. 38724-7-II; 39734-0-II.   Division Two.   February 1, 2011.]

VICKY FORSYTH, *Appellant*, v. ZURICH PERSONAL UIM, *Respondent*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 39724-2-II.   Division Two.   February 1, 2011.]

*In the Matter of the Marriage of* ANTHONY J. RODRIGUEZ, *Respondent*, and DULCE CAROLINE DARDON-RODRIGUEZ, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 39730-7-II.   Division Two.   February 1, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. CARMEN ANGELO DAMIANI, *Respondent*.

*Reversed* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.